### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT DIVISION

**IN RE:**      **TAWANDA JOELLEEN ANDERSON F/K/A**      **CASE NO. 20-51592-KMS**
       **TAWANDA J. DOZIER,**
       **Debtor**                                              **CHAPTER 13**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AmeriHome Mortgage Company, LLC c/o ServiceMac, LLC | AmeriHome Mortgage Company, LLC c/o Cenlar FSB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
AmeriHome Mortgage Company, LLC
c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707
Phone:   (855) 979-1093
Last Four Digits of Acct#:   XXXXXX0130

Court Claim # (if known):   20
Amount of Claim:   $258,842.45
Date Claim Filed:   12/31/2020

Phone:   (855) 501-3035
Last Four Digits of Acct.#:   6874

Name and Address where transferee payments should be sent (if different from above):
AmeriHome Mortgage Company, LLC
*/s/ Heather Martin-Herron* c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707
Phone:   (855) 979-1093
Last Four Digits of Acct #:   XXXXXX0130

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Wilson & Associates, PLLC

*/s/ Heather Martin-Herron*

Joel W. Giddens (105450)

Kathryn Lachowsky-Khan (105769)

Heather Martin-Herron (105772)

400 W. Capitol Ave., Suite 1400

Little Rock, AR 72201

(501) 219-9388

Fax (501) 219-9458

jgiddens@thewilsonlawfirm.com

klachowsky@thewilsonlawfirm.com

hmartin-herron@thewilsonlawfirm.com

Attorneys for Movant

### CERTIFICATE OF SERVICE

On _____ July 15, 2025 _____, a copy of the foregoing Transfer of Claim was served via United States Mail, postage prepaid, or electronically through the electronic case filing system (ECF) upon:

Jennifer A Curry Calvillo          Warren A. Cuntz, Jr.

Attorney at Law                    Trustee

702 W. Pine St.                    P.O. Box 3749

Hattiesburg, MS 39401              Gulfport, MS 39505-3749

*/s/ Heather Martin-Herron*

Joel W. Giddens (105450)

Kathryn Lachowsky-Khan (105769)

Heather Martin-Herron (105772)

W&A No. 343983