United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-51592-KMS |
| Tawanda Joelleen Anderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 15, 2025 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tawanda Joelleen Anderson, 10431 Sweet Bay Dr, Gulfport, MS 39503-7541 |
| cr | + | AmeriHome Mortgage Company, LLC c/o ServiceMac, L, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707, UNITED STATES 29707-7882 |
| 4963293 | + | AmeriHome Mortgage Company, LLC, Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley P Jones | on behalf of Creditor AmeriHome Mortgage Company  LLC Bjones@umrllc.com |
| Heather Renee Martin-Herron | on behalf of Creditor AmeriHome Mortgage Company  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Heather Renee Martin-Herron | on behalf of Creditor AmeriHome Mortgage Company  LLC c/o ServiceMac, LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Tawanda Joelleen Anderson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kathryn Alley Lachowsky-Khan | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: n001 | Total Noticed: 3 |

on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com MSECF@ecf.courtdrive.com

Phillip Brent Dunnaway

on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr

on behalf of Debtor Tawanda Joelleen Anderson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 9

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Tawanda Joelleen Anderson          **Case No.:** 20−51592−KMS

**Chapter** 13

**To:** Assignee/Transferee

AmeriHome Mortgage Company, LLC
c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707

**To:** Assignor/Transferor

AmeriHome Mortgage Company, LLC
c/o Cenlar FSB
Attn: Bankruptcy Department
425 Phillips Blvd.
Ewing, NJ 08618

## Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that AmeriHome Mortgage Company, LLC c/o Cenlar FSB has assigned/transferred its claim in the amount of $258,842.45 to AmeriHome Mortgage Company, LLC c/o ServiceMac, LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **August 5, 2025** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: July 15, 2025

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790