United States Bankruptcy Court
Southern District of Mississippi

In re:                                                      Case No. 20-51592-KMS
Tawanda Joelleen Anderson                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                           User: mssbad                            Page 1 of 4
Date Rcvd: Jan 07, 2026                     Form ID: 3180W                     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tawanda Joelleen Anderson, 10431 Sweet Bay Dr, Gulfport, MS 39503-7541 |
| cr | + | AmeriHome Mortgage Company, LLC, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 4948440 | + | AES Ed Financial, PO Box 241, Harrisburg, PA 17108-0241 |
| 4948442 | + | AmeriHome Mortgage, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 4963293 | + | AmeriHome Mortgage Company, LLC, Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 4951876 | + | Bradley P Jones, Wilson & Associates, PLLC, For Cenlar FSB, 232 Market Street, Suite 235, Flowood, MS 39232-3339 |
| 4948446 | | Central Sunbelt FCU, 1500 Congress St, Laurel, MS 39440 |
| 4948457 | | USAA FSB, PO Box 47504, San Antonio, TX 78263 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: arecf@wilson-assoc.com | Jan 07 2026 19:39:00 | Kathryn Lachowsky-Khan, WILSON & ASSOCIATES, P.L.L.C., 400 W. Capitol Ave., Suite 1400, Little Rock, AR 72201-3562 |
| cr | ^ | MEBN | Jan 07 2026 19:35:54 | AmeriHome Mortgage Company, LLC c/o ServiceMac, L, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707, UNITED STATES 29707-7882 |
| cr | | Email/Text: BKelectronicnotices@cenlar.com | Jan 07 2026 19:38:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 4948439 | + | EDI: AAFES | Jan 08 2026 00:36:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 4948444 | + | EDI: ATTWIREBK.COM | Jan 08 2026 00:36:00 | AT&T, PO Box 536216, Atlanta, GA 30353-6216 |
| 4962668 | + | EDI: ATTWIREBK.COM | Jan 08 2026 00:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4948441 | + | Email/Text: bncnotifications@pheaa.org | Jan 07 2026 19:38:00 | Aes/pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 5533435 | ^ | MEBN | Jan 07 2026 19:35:53 | AmeriHome Mortgage Company, LLC, c/o ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 4960009 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 19:43:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4948443 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 19:43:03 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 4965526 | + | EDI: AAFES | Jan 08 2026 00:36:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 3180W | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 4948445 | + | EDI: CAPITALONE.COM | Jan 08 2026 00:36:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4952072 | + | EDI: AIS.COM | Jan 08 2026 00:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4952073 | + | EDI: AIS.COM | Jan 08 2026 00:36:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4948447 | + | EDI: JPMORGANCHASE | Jan 08 2026 00:36:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 4948448 | + | EDI: CITICORP | Jan 08 2026 00:36:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 4956986 | | EDI: CITICORP | Jan 08 2026 00:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4948449 | | EDI: DISCOVER | Jan 08 2026 00:36:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 4951694 | | EDI: DISCOVER | Jan 08 2026 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5001246 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2026 19:39:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5432826 | | EDI: JEFFERSONCAP.COM | Jan 08 2026 00:36:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 5270110 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 19:43:13 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4950166 | + | EDI: NFCU.COM | Jan 08 2026 00:36:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD VA 22119-3000 |
| 4948450 | ^ | MEBN | Jan 07 2026 19:35:34 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 4948451 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 07 2026 19:43:12 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 4949894 | + | Email/Text: Bankruptcy@nslp.org | Jan 07 2026 19:39:00 | Navient Solutions, LLC on behalf of, National Student Loan Program, PO BOX 82507, Lincoln, NE 68501-2507 |
| 4948452 | + | EDI: NFCU.COM | Jan 08 2026 00:36:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 4948453 | + | EDI: NFCU.COM | Jan 08 2026 00:36:00 | Navy Federal Credit Un, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 4948454 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 07 2026 19:39:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 4948455 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 07 2026 19:38:00 | Nissan Motor Accept, Pob 660366, Dallas, TX 75266-0366 |
| 4959289 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 07 2026 19:38:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 4954310 | + | Email/Text: bncnotifications@pheaa.org | Jan 07 2026 19:38:00 | PHEAA SL TRUST, PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4962467 | | EDI: PRA.COM | Jan 08 2026 00:36:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4960829 | + | EDI: SALLIEMAEBANK.COM | Jan 08 2026 00:36:00 | Sallie Mae Bank, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 4948456 | + | EDI: SYNC | Jan 08 2026 00:36:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 3180W | Total Noticed: 44 |

| 4948458 | + EDI: VERIZONCOMB.COM | | | |
|---|---|---|---|---|
| | | | Jan 08 2026 00:36:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5001248 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley P Jones | on behalf of Creditor AmeriHome Mortgage Company  LLC Bjones@umrllc.com |
| Heather Renee Martin-Herron | on behalf of Creditor AmeriHome Mortgage Company  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Heather Renee Martin-Herron | on behalf of Creditor AmeriHome Mortgage Company  LLC c/o ServiceMac, LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Tawanda Joelleen Anderson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com  MSECF@ecf.courtdrive.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tawanda Joelleen Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

District/off: 0538-6 User: mssbad Page 4 of 4
Date Rcvd: Jan 07, 2026 Form ID: 3180W Total Noticed: 44
TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tawanda Joelleen Anderson** | Social Security number or ITIN   xxx−xx−8355 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20−51592−KMS** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Tawanda Joelleen Anderson**
fka Tawanda J Dozier

Dated: 1/7/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**