Generated: Apr 27, 2026 1:51PM



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Apr 27, 2026 1:51PM

Warren A Cuntz, Trustee

Rcpt. No: 30001090                    Trans. Date: Apr 27, 2026 1:51PM                    Cashier ID: #DCSs (3665)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 20-51592-KMS | 1 | 4.00 | 4.00 |
| UC | UNCLAIMED FUNDS | 23-50503-KMS | 1 | 2.67 | 2.67 |
| UC | UNCLAIMED FUNDS | 25-50141-KMS | 1 | 2.96 | 2.96 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #755484 | 04/27/2026 | $9.63 |

Total Due Prior to Payment: $9.63

Total Tendered: $9.63

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Debtor**: Tawanda Joelleen Anderson

**Debtor**: Addie Griffin

**Debtor**: Charles Henry Robinson and Jacarda Deseree Robinson

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
P.O. BOX 3749
GULFPORT, MS 39505-3749

---

### DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

| Check Number | | Printed |
|---|---|---|
| 755484 | | 4/22/2026 |

| | Issue Date |
|---|---|
| | 04/22/2026 |

CLERK, US BANKRUPTCY COURT
501 E COURT STREET
SUITE 2300
JACKSON, MS 39201

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 39201 Y | ANDERSON, TAWANDA JOELLEEN | | | Continuing | 4.00 |
| 39201 N | GRIFFIN, ADDIE | | | $.00 | 2.67 |
| 39201 N | ROBINSON, CHARLES HENRY | | | $.00 | 2.96 |
| | | | | TOTAL | 9.63 |

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

APR 27 2026

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

**THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES**
**PLEASE RETAIN FOR YOUR RECORD.**

20-51592-KMS  Dkt 98  Filed 04/27/26  Entered 04/27/26 14:11:13  Page 3 of 3

GULFPORT MS 395

24 APR 2026 AM 1 L

US POSTAGE PITNEY BOWES

ZIP 39503
02 7H
0006216384   APR 23 2026

$ 000.74⁰

**RETURN SERVICE REQUESTED**

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

APR 27 2026

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

39201-502299