United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 20-51592-KMS

Tawanda Joelleen Anderson                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 2

Date Rcvd: Jul 08, 2026                       Form ID: van022                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID              Recipient Name and Address**
db                 + Tawanda Joelleen Anderson, 10431 Sweet Bay Dr, Gulfport, MS 39503-7541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

**Name                     Email Address**

Bradley P Jones
                          on behalf of Creditor AmeriHome Mortgage Company  LLC Bjones@umrllc.com

Heather Renee Martin-Herron
                          on behalf of Creditor AmeriHome Mortgage Company  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Heather Renee Martin-Herron
                          on behalf of Creditor AmeriHome Mortgage Company  LLC c/o ServiceMac, LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Jennifer A Curry Calvillo
                          on behalf of Debtor Tawanda Joelleen Anderson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kathryn Alley Lachowsky-Khan
                          on behalf of Creditor Cenlar FSB MSECF@wilson-assoc.com  MSECF@ecf.courtdrive.com

Phillip Brent Dunnaway

District/off: 0538-6                          User: mssbad                              Page 2 of 2
Date Rcvd: Jul 08, 2026                     Form ID: van022                         Total Noticed: 1

on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr

on behalf of Debtor Tawanda Joelleen Anderson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**                                                                              **Case No.:** 20–51592–KMS

Tawanda Joelleen Anderson                                                               **Chapter:** 13
fka Tawanda J Dozier

### FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

**ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 7/8/26                              **/s/Katharine M. Samson**
                                               **United States Bankruptcy Judge**

---

*Include all names used by Debtor(s) within last 8 years*

VAN022–OCAC